IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHIRLEY MEARS-DAVIS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 5:23-cv-33-AW-MJF**

**CARLA A. HAND,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After Plaintiff failed to respond to multiple court orders, the magistrate judge recommended dismissal. ECF No. 9. There has been no objection to the report and recommendation, and I now conclude it should be adopted. The report and recommendation is incorporated into this order, and Plaintiff's claims are dismissed without prejudice. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on Plaintiff's failure to prosecute and failure to comply with court orders." The clerk will then close the file.

SO ORDERED on July 19, 2023.

                                                    s/ *Allen Winsor*
                                                    United States District Judge